Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−16002−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edin Halilovic
89 Kim Lane
Long Valley, NJ 07853

Almira Halilovic
89 Kim Lane
Long Valley, NJ 07853

Social Security No.:
xxx−xx−4320

xxx−xx−6122

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 22, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 37 − 20
Order Granting Application For Compensation for Virginia E. Fortunato, fees awarded: $13,107.50, expenses awarded: $411.00 (Related Doc # 20). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/21/2024. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 22, 2024
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Edin Halilovic  
Almira Halilovic  
    Debtors

Case No. 24-16002-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edin Halilovic, Almira Halilovic, 89 Kim Lane, Long Valley, NJ 07853-4008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Oct 22 2024 20:33:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon  
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall  
    on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Kathleen M Magoon

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Oct 22, 2024 Form ID: orderntc Total Noticed: 2

| | |
|---|---|
| | on behalf of Creditor PNC Bank National Association logsecf@logs.com, kathleenmagoon@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Joint Debtor Almira Halilovic njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |
| Virginia E. Fortunato | on behalf of Debtor Edin Halilovic njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 7