---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, NJ 07601
201-673-5777

Virginia E. Fortunato, Esq.
*Attorney for Debtors, Edin Halilovic and Almira Halilovic*

---

Order Filed on October 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**EDIN HALILOVIC and
ALMIRA HALILOVIC,**

Debtors.

Case No.:   24-16002/RG

Chapter:   13

Hearing Date:   October 16, 2024

Judge:   Rosemary Gambardella

---

## ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

DATED: October 21, 2024

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page: 2
Debtors: **Edin Halilovic and Almira Halilovic**
Case No.: **24-16002/RG - Chapter 13**
Caption: **Order For Allowance of Pre-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)**

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtors, Edin Halilovic and Almira Halilovic, for an Order for an Allowance of Fees to the debtors' attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtors is hereby allowed the sum of $13,107.50 as her fee and $411.00 for costs and expenses of which $5,548.00 has already been received by said attorney and of which the balance of $7,970.50 shall be paid to said attorney through the debtor's plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall not be increased based on this Order; and it is further,

**ORDERED,** that should this case terminate due to dismissal, Marie-Ann Greenberg the Chapter 13 Trustee shall pay this amount to the movant before monies are released to the debtors.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16002-RG |
| Edin Halilovic | Chapter 13 |
| Almira Halilovic | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edin Halilovic, Almira Halilovic, 89 Kim Lane, Long Valley, NJ 07853-4008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kathleen M Magoon | on behalf of Creditor PNC Bank  National Association logsecf@logs.com, kathleenmagoon@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Virginia E. Fortunato
        on behalf of Joint Debtor Almira Halilovic njbankruptcy911@gmail.com
        bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

Virginia E. Fortunato
        on behalf of Debtor Edin Halilovic njbankruptcy911@gmail.com
        bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 7