Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−16002−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edin Halilovic | Almira Halilovic |
| 89 Kim Lane | 89 Kim Lane |
| Long Valley, NJ 07853 | Long Valley, NJ 07853 |

Social Security No.:
    xxx−xx−4320                          xxx−xx−6122

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 6, 2025.

Dated: March 6, 2025
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 24-16002-RG |
|---|---|
| Edin Halilovic | Chapter 13 |
| Almira Halilovic | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 9 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: plncf13 | Total Noticed: 191 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edin Halilovic, Almira Halilovic, 89 Kim Lane, Long Valley, NJ 07853-4008 |
| 520299287 | + | Adam Kimowitz, M.D., 75 Bloomfied Avenue, Suite 205, Denville, NJ 07834-2737 |
| 520299288 | + | Advocare, LLC, POB 71422, Philadelphia, PA 19176-1422 |
| 520299289 | + | Ally Bank (FDIC), 200 West Civic Central Drive, Sandy, UT 84070-4207 |
| 520299291 | + | Ally Financial Headquarters, Ally Detroit Center, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 520299293 | | Amazon Corporate Office & Headquarters, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 520299301 | + | Andrew Siegel, MD, 255 West Spring Valley Avenue, Maywood, NJ 07607-1445 |
| 520299302 | + | Anesthesia Associates of Morristown, P.O. Box 24002, Newark, NJ 07101-0410 |
| 520299303 | + | Atlantic Dermatology Associates, LLC, 1031 McBride Avenue, Suite D203, Woodland Park, NJ 07424-2569 |
| 520299313 | ++++ | BMW CORPORATE OFFICE & HEADQUARTERS, 300 BMW DR, WOODCLIFF LAKE NJ 07677-7750 address filed with court:, BMW Corporate Office & Headquarters, 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07675 |
| 520299314 | | BMW Financial Services, Att: Bankruptcy/Correspondence, P.O. Box 2608, Dublin, OH 43016 |
| 520299311 | + | Bergdorf Goodman, Corporate Office, 625 Madison Avenue, New York, NY 10022-1801 |
| 520299325 | + | Care Credit Corporate Office, 2995 Red Hill Avenue - #100, Costa Mesa, CA 92626-5984 |
| 520299342 | + | Consensus Medical Group, LLC, Attn: 24136M, POB 14000, Belfast, ME 04915-4033 |
| 520299345 | + | Costco Whole Corporate Office, 999 Lake Drive, Issaquah, WA 98027-5367 |
| 520299350 | + | Dillards Corporate Headquarters, 1600 Cantrell Road, Little Rock, AR 72201-1145 |
| 520299351 | + | Discover Bank (FDIC), 502 E. Market Street, Greenwood, DE 19950-9700 |
| 520299359 | + | Ebay Corporate Office, 2065 Hamilton Avenue, San Jose, CA 95125-5904 |
| 520299362 | + | Eric Gross, M.D., 657 Willow Grove Street, Suite 302, Hackettstown, NJ 07840-1868 |
| 520299373 | + | Hackettstown Medical Center, 651 Willow Grove Street, Hackettstown, NJ 07840-1797 |
| 520299374 | + | Hackettstown Medical Center, POB 80257, Philadelphia, PA 19101-1257 |
| 520299375 | + | Harbor Freight Headquarters, 26541 Agoura Road, Calabasas, CA 91302-2094 |
| 520299376 | | Home Depot Corporate Offices, 2455 Paces Ferry Road NW, Atlanta, GA 30339 |
| 520299378 | + | Imagine Credit, PO. Box 105555, Atlanta, GA 30348-5555 |
| 520299380 | + | Lowes Corporate Office, 1000 Lowes Boulevard, Mooresville, NC 28117-8520 |
| 520299383 | + | MGNJ Stellar Gastro, c/o Medical Group of NJ, 57 US Highway 46, Suite 212, Hackettstown, NJ 07840-2695 |
| 520299384 | + | Minuteclinic of New Jersey, P.O. Box 8442, Belfast, ME 04915-8442 |
| 520299387 | + | Morris Anesthesia Group, 3799 Route 46 - Suite 301, Parsippany, NJ 07054-1060 |
| 520299389 | + | Morris Anesthesia Group, c/o Shrebet Associates, LLC, 3514 US Highway 9, Howell, NJ 07731-3345 |
| 520299388 | + | Morris Anesthesia Group, POB 26960, New York, NY 10087-6960 |
| 520299395 | + | Nordstrom FSB (FDIC), 3000 Schwab Way, Roanoke, TX 76262-8104 |
| 520299396 | + | Plaza Family Care, 657 Will Grove Street, Suite 401, Hackettstown, NJ 07840-1868 |
| 520299399 | + | Prosper Funding Corporate Office, 221 Main Street - Suite 300, San Francisco, CA 94105-1909 |
| 520299402 | | Radiology Group of NJ LLC, 651 Willow Grove Street, Hackettstown, NJ 07840-1799 |
| 520299403 | | Radiology Group of NJ LLC, POC 660535, Dallas, TX 75266 |
| 520299407 | + | Sams Club Corporate Headquarters, 2101 Southeast Simple Savings Drive, Bentonville, AR 72712-4304 |
| 520299408 | | Santander Bank, Att: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 520299410 | + | Santander Bank, N.A. (FDIC), 824 North Market Street, Suite 100, Wilmington, DE 19801-4937 |
| 520299411 | + | Summit Health, c/o NJ Urology, LLC CL #7970, POB 95000, Philadelphia, PA 19195-0001 |
| 520299423 | + | Synchrony/Ebay, P.O. Box 71737, Philadelphia, PA 19176-1737 |

| | | |
|---|---|---|
| 520299433 | + | Truist Bank (FDIC), 214 N. Tryon Street, Charlotte, NC 28202-1078 |
| 520299440 | + | US Attorney for the District of NJ, Att: Civil Process, 970 Broad Street - 7th Floor, Newark, NJ 07102-2527 |
| 520299436 | + | Upgrade Inc. Corporate Headquarters, 275 battery Street - Suite 2300, San Francisco, CA 94111-3366 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2025 20:55:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520394279 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 06 2025 21:27:17 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520302937 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:11:17 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520342203 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:27:18 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520299290 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 06 2025 20:55:00 | Ally F inancial, Inc., P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 520299292 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 06 2025 20:55:00 | Ally financial, Inc., Att: Bankruptcy, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 520299298 | + | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:11:20 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 520299295 | | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:27:09 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 520299296 | + | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:48:05 | American Express, Att: Legal Department, 500 N Franklin Turnpike, P.O. Box 278, Ramsey, NJ 07446-0278 |
| 520299299 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2025 21:11:20 | American Express, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 520299294 | + | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 22:19:36 | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 520299297 | | Email/Text: bkfilings@zwickerpc.com | Mar 06 2025 20:57:00 | American Express, Att: Zwicker & Associates P.C., 80 Minuteman Road, Andover, MA 01810-1008 |
| 520299300 | + | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:11:21 | American Express Bank (FDIC), 4315 South 2700 West, Salt Lake City, UT 84184-0001 |
| 520340080 | | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:12:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520327970 | + | Email/Text: bkfilings@zwickerpc.com | Mar 06 2025 20:57:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520299304 | | Email/Text: customer.service@atlantichealth.org | Mar 06 2025 20:56:00 | Atlantic Health System, POB 21385, New York, NY 10087-1385 |
| 520299305 | + | Email/Text: customer.service@atlantichealth.org | Mar 06 2025 20:56:00 | Atlantic Health Systems, POB 21385, New York, |

District/off: 0312-2                         User: admin                                    Page 3 of 9
Date Rcvd: Mar 06, 2025                       Form ID: plncf13                              Total Noticed: 191

| | | | | |
|---|---|---|---|---|
| | | | | NY 10087-1385 |
| 520299306 | + | Email/Text: customer.service@atlantichealth.org | Mar 06 2025 20:56:00 | Atlantic Health Systems, Corporate Office & Headquarters, 475 South Street, Morristown, NJ 07960-6459 |
| 520299307 | ^ | MEBN | Mar 06 2025 20:56:14 | Atlantic Medical Group, P.O. Box 419101, Boston, MA 02241-9101 |
| 520299312 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 06 2025 21:12:03 | BMW Bank of North America (FDIC), 2735 East Parleys Way - Suite 301, Salt Lake City, UT 84109-1666 |
| 520299315 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 06 2025 21:28:39 | BMW Financial Services, P.O. Box 3608, Dublin, OH 43016 |
| 520304008 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:27:59 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520330694 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 06 2025 21:27:16 | BMW Financial Services NA, LLC, 1400 City View Drive, Columbus, OH 43215-1477 |
| 520299309 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 06 2025 20:55:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 520299308 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 06 2025 20:55:00 | Bank of America, Att: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520299310 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 06 2025 20:56:00 | Bank of America (FDIC), Corporate Office, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 520363389 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 06 2025 20:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520299326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2025 22:00:34 | CBNA, Att: Centralized BankruptcyDept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 520299327 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2025 22:01:23 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 520331659 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 06 2025 20:55:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 520299316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 22:19:36 | Capital One, Att: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520299318 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:11:13 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520299319 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:48:20 | Capital One Bank (USA) (FDIC), 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 520335704 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2025 21:10:47 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520299320 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:10:46 | Capital One/Bergdorf Goodman, Att: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520299321 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:12:03 | Capital One/Bergdorf Goodman, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520299322 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:27:25 | Capital One/SaksFirst, Att: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520299324 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:27:43 | Capital One/SaksFirst, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520299328 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 21:10:36 | Chase Bank USA, NA (FDIC), 200 White Clay Center Drive, Newark, DE 19711-5466 |
| 520299330 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 21:10:23 | Chase Card Services, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 520299329 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 21:10:53 | Chase Card Services, Att: Bankruptcy, P.O. 15298, |

District/off: 0312-2                                    User: admin                                    Page 4 of 9

Date Rcvd: Mar 06, 2025                          Form ID: plncf13                          Total Noticed: 191

|  |  |  |
|---|---|---|
|  |  | Wilmington, DE 19850-5298 |
| 520299332 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:12:03 | Citibank, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 520299331 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:48:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 520353696 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:28:05 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520299333 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 22:01:43 | Citibank, N.A. (FDIC), 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 520299334 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:27:59 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520299335 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:28:05 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520299336 | + Email/Text: BAN5620@UCBINC.COM | |
|  | Mar 06 2025 20:55:00 | Citibank/Costco, United Collection Bureau, Inc., 5620 Southwyck Blvd., Ste. 206, Toledo, OH 43614-1501 |
| 520299338 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:47:42 | Citibank/The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 520299337 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:48:02 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 520299339 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  | Mar 06 2025 20:56:00 | Comenity Bank (FDIC), One Righter Parkway - Suite 100, Wilmington, DE 19803-1533 |
| 520299340 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  | Mar 06 2025 20:56:00 | Comenity Bank/trwrdsv, Att: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 520299341 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  | Mar 06 2025 20:56:00 | Comenitybank/trwrdsv, P.O. Box 182789, Columbus, OH 43218-2789 |
| 520299344 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:12:07 | Costco Citi Card, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 520299343 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:28:47 | Costco Citi Card, Att: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520299346 | + Email/PDF: creditonebknotifications@resurgent.com | |
|  | Mar 06 2025 21:11:16 | Credit One Bank, Att: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 520299347 | + Email/PDF: creditonebknotifications@resurgent.com | |
|  | Mar 06 2025 21:11:16 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 520299348 | + Email/PDF: creditonebknotifications@resurgent.com | |
|  | Mar 06 2025 22:01:41 | Credit One Bank Headquarters, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 520299349 | + Email/PDF: creditonebknotifications@resurgent.com | |
|  | Mar 06 2025 21:11:59 | Credit One Bank, NA (FDIC), 6801 South Cimarron Road, Las Vegas, NV 89113-2273 |
| 520299381 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:27:04 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520299357 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Mar 06 2025 21:27:59 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 520306013 | Email/Text: mrdiscen@discover.com | |
|  | Mar 06 2025 20:55:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520299352 | + Email/Text: mrdiscen@discover.com | |
|  | Mar 06 2025 20:55:00 | Discover Bank Headquarters, 2500 Lake Cook Road, Riverwoods, IL 60015-3801 |
| 520299353 | + Email/Text: mrdiscen@discover.com | |
|  | Mar 06 2025 20:55:00 | Discover Financial, Att: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520299354 | + Email/Text: mrdiscen@discover.com | |

District/off: 0312-2       User: admin       Page 5 of 9

Date Rcvd: Mar 06, 2025       Form ID: plncf13       Total Noticed: 191

| ID | Method / Email | Date/Time | Recipient |
|---|---|---|---|
| | | Mar 06 2025 20:55:00 | Discover Financial, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520299355 | + Email/Text: dplbk@discover.com | | |
| | | Mar 06 2025 20:56:00 | Discover Personal Loans, Att: Bankruptcy, P.O. Box 30954, Salt Lake City, UT 84130-0954 |
| 520299356 | + Email/Text: dplbk@discover.com | | |
| | | Mar 06 2025 20:56:00 | Discover Personal Loans, P.O. Box 30954, Salt Lake City, UT 84130-0954 |
| 520299358 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 06 2025 21:48:00 | Dsnb Bloomingdales, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520299361 | Email/Text: bankruptcycourts@equifax.com | | |
| | | Mar 06 2025 20:56:00 | Equifax, 1550 Peartree Street NW, Atlanta, GA 30309 |
| 520299360 | ^ MEBN | | |
| | | Mar 06 2025 20:56:21 | Equifax, P.O. Box 105851, Atlanta, GA 30348-5851 |
| 520299364 | ^ MEBN | | |
| | | Mar 06 2025 20:54:06 | Experian, 475 Anton Boulevard, Costa Mesa, CA 92626-7037 |
| 520299363 | ^ MEBN | | |
| | | Mar 06 2025 20:53:58 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520299365 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Mar 06 2025 21:48:10 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520299366 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Mar 06 2025 21:27:07 | First Premier Bank (FDIC), Headquarters, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 520299369 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Mar 06 2025 20:57:00 | Genesis FS Card Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 520299368 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Mar 06 2025 20:57:00 | Genesis FS Card Services, Corporae Office, 15220 NW Green Brier Parkway, Beaverton, OR 97006-5744 |
| 520299367 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Mar 06 2025 20:57:00 | Genesis FS Card Services, Att: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 520299370 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Mar 06 2025 20:55:00 | Goldman Sachs Bank USA, Att: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 520299371 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Mar 06 2025 20:55:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520299372 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Mar 06 2025 20:55:00 | Goldman Sachs Bank, USA (FDIC), 200 West Street, New York, NY 10282-2198 |
| 520299377 | + Email/Text: bankruptcy@webbank.com | | |
| | | Mar 06 2025 20:55:00 | Imagine Credit, Att: Account Services/Bankruptcy, P.O. Box 105814, Atlanta, GA 30348-5814 |
| 520329899 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Mar 06 2025 20:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520340853 | + Email/Text: RASEBN@raslg.com | | |
| | | Mar 06 2025 20:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520365655 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 06 2025 21:27:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520299385 | Email/Text: EBN@Mohela.com | | |
| | | Mar 06 2025 20:55:00 | MOHELA, Att: Bankruptcy, 633 Spirit Drive, Chesterfiled, MO 63005 |
| 520299386 | ^ MEBN | | |
| | | Mar 06 2025 20:55:31 | MOHELA, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520299382 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 06 2025 21:12:19 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520337774 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Mar 06 2025 20:56:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN |

District/off: 0312-2 | User: admin | Page 6 of 9
Date Rcvd: Mar 06, 2025 | Form ID: plncf13 | Total Noticed: 191

| | | | |
|---|---|---|---|
| | | | 56302-7999 |
| 520299392 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 06 2025 21:27:44 | Navient, P.O. Box 300001, Greenville, TX 75403-3001 |
| 520299390 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 06 2025 22:19:10 | Navient, Att: Bankruptcy, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 520299391 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 06 2025 21:46:46 | Navient, Attn: Bankruptcy, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 520299393 | + Email/Text: bnc@nordstrom.com | Mar 06 2025 20:56:09 | Nordstrom FSB, Att: Bankruptcy, P.O. Box 6555, Englewood, CO 80155-6555 |
| 520299394 | + Email/Text: bnc@nordstrom.com | Mar 06 2025 20:56:51 | Nordstrom FSB, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 520340895 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2025 20:55:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520362386 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2025 20:55:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520299397 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2025 20:55:00 | PNC Mortgage, Att: Bankruptcy, 8177 Washington Church Road, Dayton, OH 45458 |
| 520299398 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2025 20:55:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 520354921 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 21:11:20 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520299400 | Email/Text: ProsperBK@prosper.com | Mar 06 2025 20:56:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520338557 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 06 2025 20:56:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520299401 | + Email/Text: ProsperBK@prosper.com | Mar 06 2025 20:56:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 520339319 | + Email/Text: bncmail@w-legal.com | Mar 06 2025 20:56:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520364787 | Email/Text: bnc-quantum@quantum3group.com | Mar 06 2025 20:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520337149 | Email/Text: bnc-quantum@quantum3group.com | Mar 06 2025 20:56:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520299404 | + Email/Text: newbk@Regions.com | Mar 06 2025 20:56:00 | Regions Bank, 1900 5th Ave N, Birmingham, AL 35203-2670 |
| 520299405 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Mar 06 2025 20:56:00 | Regions/EnerBank USA, Att: Bankruptcy, 650 S Main Street - Suite 1000, Salt Lake City, UT 84101-2844 |
| 520299406 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Mar 06 2025 20:56:00 | Regions/EnerBank USA, 1245 Brickyard Road, Salt Lake City, UT 84106-2562 |
| 520350968 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:27:51 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520299409 | + Email/Text: DeftBkr@santander.us | Mar 06 2025 20:56:00 | Santander Bank, P.O. Box 12646, Reading, PA 19612-2646 |
| 520356537 | + Email/Text: DeftBkr@santander.us | Mar 06 2025 20:56:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC:PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 520299412 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2025 21:10:28 | Syncb/Harbor Freight, P.O. Box 71746, Philadelphia, PA 19176-1746 |

| | | | |
|---|---|---|---|
| 520370533 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:27:08 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520299413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:11:53 | Synchrony Bank (FDIC), 170 West Election Road - Suite 125, Draper, UT 84020-6425 |
| 520299414 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 22:02:15 | Synchrony Bank/Amazon, Att: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520299415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:46:39 | Synchrony Bank/Amazon, P.O. Box 71737, Philadelphia, PA 19176-1737 |
| 520299416 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:27:08 | Synchrony Bank/Care Credit, Att: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520299417 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:11:13 | Synchrony Bank/Care Credit, P.O. Box 71757, Philadelphia, PA 19176-1757 |
| 520299418 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:11:14 | Synchrony Bank/Ebay, Att: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520299419 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:28:51 | Synchrony Bank/Lowes, Att: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520299420 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 22:02:13 | Synchrony Bank/Lowes, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 520299421 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:47:16 | Synchrony Bank/Sams Club, Att: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520299422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 22:01:28 | Synchrony Bank/Sams Club, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 520299424 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Mar 06 2025 21:11:12 | Synchrony/Harbor Freight, Att: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520367265 | | Email/Text: bncmail@w-legal.com | |
| | | | Mar 06 2025 20:56:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520299427 | + | Email/Text: bankruptcy@td.com | |
| | | | Mar 06 2025 20:56:00 | TD Bank USA Corporate Headquarters, Two Portland Square, Portland, ME 04101-4088 |
| 520299428 | + | Email/Text: bankruptcy@td.com | |
| | | | Mar 06 2025 20:56:00 | TD Bank USA, NA (FDIC), 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 520299430 | | Email/Text: DASPUBREC@transunion.com | |
| | | | Mar 06 2025 20:55:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |
| 520299425 | + | Email/Text: bncmail@w-legal.com | |
| | | | Mar 06 2025 20:56:00 | Target NB, c/o Financial & Retail Services, Mailstop BT P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 520299426 | + | Email/Text: bncmail@w-legal.com | |
| | | | Mar 06 2025 20:56:00 | Target NB, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 520299429 | ^ | MEBN | |
| | | | Mar 06 2025 20:53:36 | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 520299431 | + | Email/Text: bankruptcy@bbandt.com | |
| | | | Mar 06 2025 20:56:00 | Truist Bank, Mail Code VA-RVW-6290 P.O. Box 85092, Richmond, VA 23286-0001 |
| 520299432 | + | Email/Text: bankruptcy@bbandt.com | |
| | | | Mar 06 2025 20:56:00 | Truist Bank, P.O. Box 849, Wilson, NC 27894-0849 |
| 520339736 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | | Mar 06 2025 20:56:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520299434 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | | Mar 06 2025 20:56:00 | U.S. Bankcorp, Att: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520299435 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | | Mar 06 2025 20:56:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |

District/off: 0312-2 | User: admin | Page 8 of 9
Date Rcvd: Mar 06, 2025 | Form ID: plncf13 | Total Noticed: 191

| 520299439 | | Email/Text: bknotice@upgrade.com | Mar 06 2025 20:55:00 | Upgrade, Inc., 2 North Central Avenue - 10th Floor, Phoenix, AZ 85004 |
|---|---|---|---|---|
| 520299437 | | Email/Text: bknotice@upgrade.com | Mar 06 2025 20:55:00 | Upgrade, Inc., Att: Bankruptcy, 275 Battery Street - 23rd Floor, San Francisco, CA 94111 |
| 520299441 | ^ | MEBN | Mar 06 2025 20:54:54 | US Attorney General's Office, 950 Pennsylvanie Avenue NW, Washington, DC 20530-0009 |
| 520299442 | + | Email/Text: edbknotices@ecmc.org | Mar 06 2025 20:55:00 | US Department of Education, Headquarters, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |
| 520299443 | + | Email/Text: bankruptcy@webbank.com | Mar 06 2025 20:55:00 | Web Bank (FDIC), Corporate Office, 215 South State Street - Suite 1000, Salt Lake City, UT 84111-2336 |
| 520315055 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 06 2025 20:55:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |
| 520299444 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 07 2025 02:48:05 | Wells Fargo Bank Corporate Office, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 520299445 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 07 2025 02:48:05 | Wells Fargo Bank, N.A. (FDIC), 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 520343403 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 07 2025 02:47:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520299446 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 06 2025 22:01:04 | Wells Fargo/Dillards, Att: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 520299447 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 07 2025 02:48:05 | Wells Fargo/Dillards, P.O. Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 148

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520299317 | *+ | Capital One, Att: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520299323 | *+ | Capital One/SaksFirst, Att: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520302040 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520299379 | *+ | Imagine Credit, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 520299438 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Att: Bankruptcy, 275 Battery Street - 23rd Floor, San Francisco, CA 94111 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kathleen M Magoon | on behalf of Creditor PNC Bank  National Association logsecf@logs.com, kathleenmagoon@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Joint Debtor Almira Halilovic njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |
| Virginia E. Fortunato | on behalf of Debtor Edin Halilovic njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 7