| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br><br>Virginia E. Fortunato, Esq.<br>Attorney for Debtors, Edin Halilovic and Almira Halilovic | |
| In Re:<br><br>EDIN HALILOVIC and<br>ALMIRA HALILOVIC,<br>     Debtors, | Case No.: __24-16002/RG__<br><br>Chapter: __13__<br><br>Judge: __RG__ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors.*

Party's name/type:    Bergdorf Goodman, creditor
(Example: John Smith, creditor)

Old address:    Corporate Office
                625 Madison Avenue
                New York, NY 10022-1801

New address:    Corporate Office
                754 Fifth Avenue
                New York, NY 10019

New phone no.:_____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: April 3, 2025         /s/ Virginia E. Fortunato
                            Signature

*rev.8/1/15*