| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br><br>Virginia E. Fortunato, Esq.<br>Attorney for Debtors, Edin Halilovic and Almira Halilovic | | |
| In Re:<br><br>EDIN HALILOVIC and<br>ALMIRA HALILOVIC,<br>            Debtors, | Case No.:<br><br>Chapter:<br><br>Judge: | 24-16002/RG<br><br>13<br><br>RG |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type:    Andrew Siegel, MD, creditor
(Example: John Smith, creditor)

Old address:    255 West Spring Valley Avenue
                Maywood, NJ 07607-1445


New address:    222 Cedar Lane - Suite 206
                Teaneck, NJ 07666


New phone no.:_____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    April 6, 2025            /s/ Virginia E. Fortunato
                                  Signature

*rev.8/1/15*