| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kindekamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br>Virginia E. Fortunato, Esq.<br>Attorney for Debtors, Edin Halilovic and Almira Halilovic<br><br>In Re:<br><br>EDIN HALILOVIC and<br>ADMIRA HALILOVIC,<br><br>Debtor.s | Case No.: __24-16002/TBA__<br><br>Chapter: __13__<br><br>Adv. No.: _____<br><br>Hearing Date: __08/06/25 at 10:00 am__<br><br>Judge: __TBA__ |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

   ☑ represent the __debtors__ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __July 30, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Chapter 13 Attorney's Certification in Opposition to Motion for Relief from Automatic Stay.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __July 30, 2025__                    /s/ Virginia E. Fortunanto
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07102 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| BMW Financial Services<br>c/o Laura Egerman, Esq.<br>McCalla Raymer Leibert Pierice, LLP<br>485F US Highway 1 S<br>Suite 300<br>Islin, New Jersey   08830 | Attorneys for Secured Creditor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Mr. and Mrs. Edin Halilovic<br>89 Kim Lane<br>Long Valley, New Jersey   07853 | Debtors | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |