Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−16002−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edin Halilovic                                                   Almira Halilovic
   89 Kim Lane                                                  89 Kim Lane
   Long Valley, NJ 07853                                Long Valley, NJ 07853

Social Security No.:
   xxx−xx−4320                                                 xxx−xx−6122

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/20/25 at 10:00 AM

to consider and act upon the following:

**48** − Motion for Relief from Stay re: 2023 BMW 5 Series, VIN: WBA13BJ08PWX97205. Fee Amount $ 199. Filed by Laura M. Egerman on behalf of BMW Financial Services NA, LLC service provider for Financial Services Vehicle Trust. Hearing scheduled for 8/6/2025 at 10:00 AM, TBA − Courtroom 3E, Newark.. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Egerman, Laura)

Dated: 8/7/25

                                                                                Jeanne Naughton
                                                                                Clerk, U.S. Bankruptcy Court