Order Filed on August 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Edin Halilovic,<br>Almira Halilovic,<br><br>Debtors. | Chapter 13<br><br>Case No. 24-16002<br><br>Hearing Date: August 20, 2025 at 10:00 a.m.<br><br>Judge: TBA |
|---|---|

### CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 13, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Edin Halilovic |
| Case No.: | 24-16002 |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by BMW Financial Services NA, LLC service provider for Financial Services Vehicle Trust ("Secured Creditor"), and Edin Halilovic and Almira Halilovic ("Debtors") having filed opposition thereto, with respect to the Collateral known as 2023 BMW 5 Series, Sedan 4D 530i AWD 2.0L I4, VIN: WBA13BJ08PWX97205 ("Collateral") as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors are now post-petition current and are due for the August 25, 2025 post-petition monthly payment in the amount of $859.18.

2. Debtors shall resume post-petition payments to be paid timely and in full with the August 25, 2025 payment.

3. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 2023 BMW 5 Series, Sedan 4D 530i AWD 2.0L I4, VIN: WBA13BJ08PWX97 205.

4. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 3

Debtors:            Edin Halilovic
Case No.:           24-16002
Caption of Order:   **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP            VIRGINIA E. FORTUNATO, LLC
Attorney for the Secured Creditor             Attorney for the Debtors

By: /s/ Laura Egerman                         By: Virginia Fortunato
    Laura Egerman                                  Virginia E. Fortunato

Date: 08/13/2025                              Date: 8/13/25