Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on August 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Edin Halilovic, Almira Halilovic, | Case No. 24-16002 |
| | Hearing Date: August 20, 2025 at 10:00 a.m. |
| Debtors. | Judge: TBA |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 13, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Edin Halilovic |
| Case No.: | 24-16002 |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by BMW Financial Services NA, LLC service provider for Financial Services Vehicle Trust ("Secured Creditor"), and Edin Halilovic and Almira Halilovic ("Debtors") having filed opposition thereto, with respect to the Collateral known as 2023 BMW 5 Series, Sedan 4D 530i AWD 2.0L I4, VIN: WBA13BJ08PWX97205 ("Collateral") as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors are now post-petition current and are due for the August 25, 2025 post-petition monthly payment in the amount of $859.18.
2. Debtors shall resume post-petition payments to be paid timely and in full with the August 25, 2025 payment.
3. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 2023 BMW 5 Series, Sedan 4D 530i AWD 2.0L I4, VIN: WBA13BJ08PWX97 205.
4. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Debtors: Edin Halilovic
Case No.: 24-16002-
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP
Attorney for the Secured Creditor

By: /s/ Laura Egerman
    Laura Egerman

Date: 08/13/2025

VIRGINIA E. FORTUNATO, LLC
Attorney for the Debtors

By: *Virginia Fortunato* (signature)
    Virginia E. Fortunato

Date: 8/13/25

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-16002-TBA
Edin Halilovic  Chapter 13
Almira Halilovic
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2
Date Rcvd: Aug 13, 2025　　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

**Recip ID　　　　　　Recipient Name and Address**
db/jdb　　　　　　　+ Edin Halilovic, Almira Halilovic, 89 Kim Lane, Long Valley, NJ 07853-4008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

**Name　　　　　　　　Email Address**

Denise E. Carlon
    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor PNC Bank National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Kathleen M Magoon
    on behalf of Creditor PNC Bank National Association logsecf@logs.com, kathleenmagoon@gmail.com

Laura M. Egerman
    on behalf of Creditor BMW Financial Services NA LLC service provider for Financial Services Vehicle Trust laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

District/off: 0312-2      User: admin      Page 2 of 2

Date Rcvd: Aug 13, 2025      Form ID: pdf903      Total Noticed: 1

| | |
|---|---|
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Edin Halilovic njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |
| Virginia E. Fortunato | on behalf of Joint Debtor Almira Halilovic njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 8